1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  MICAH C. E. OSGOOD
   Deputy Attorney General
4  State Bar No. 255239
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5593
6   Fax:  (415) 703-5480
    E-mail:  Mike.Osgood@doj.ca.gov
7  *Attorneys for Defendants*
   *California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KATHLEEN ANN FOWLER,**<br><br>                                          Plaintiff,<br><br>      v.<br><br>**CALIFORNIA HIGHWAY PATROL, a State Agency; LIEUTENANT GREG BAARTS, in his individual capacity; OFFICER DAN FREDERICK, in his individual capacity; DOES 1-10, inclusive,**<br><br>                                          Defendants. | C 13-1026 TEH<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING**<br><br>Courtroom:    12, 19th Floor<br>Judge:             Hon. Thelton E. Henderson<br>Trial Date:      Not Set<br>Action Filed:  December 26, 2012 |

Pursuant to Local Rule 6-1(a) and Federal Rule of Civil Procedure 15(a), Plaintiff Kathleen Fowler and Defendants California Highway Patrol, Lieutenant Greg Baarts, and Officer Dan Frederick, by and through their undersigned counsel, stipulate that Plaintiff may file an amended complaint within 30 days.

The parties have met and conferred in good faith about the grounds for Defendants' intended Rule 12(b)(6) motion to dismiss.  The parties agree an amended complaint may address some or all of those grounds and economize on judicial resources by eliminating an unnecessary

1

1  motion. If Plaintiff has not filed a First Amended Complaint by June 14, 2013, Defendants shall
2  file their responsive pleadings to the original complaint by June 21, 2013.

3  Dated: May 15, 2013                                   Respectfully submitted,

4                                                       KAMALA D. HARRIS
                                                        Attorney General of California
5                                                       JOHN P. DEVINE
                                                        Supervising Deputy Attorney General
6

7

8                                                       /s/ *Micah C.E. Osgood*

                                                        MICAH C. E. OSGOOD
9                                                       Deputy Attorney General
                                                        *Attorneys for Defendants*
10

11

12 Dated: May 15, 2013                                  Respectfully submitted,

13

14                                                      /s/ *With Permission*[1]

15                                                      ANTHON W. FARRINGTON
                                                        Law Offices of Anthony W. Farrington
16                                                      *Attorneys for Plaintiff*

17

18

19  SF2013403888
    40672032.doc

05/16/2013

IT IS SO ORDERED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of Mr. Farrington to this stipulation and filing, and that I shall maintain written records thereof for inspection as required. /s/ *Micah C.E. Osgood*