KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD
Deputy Attorney General
State Bar No. 255239
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5593
  Fax:  (415) 703-5480
  E-mail:  Mike.Osgood@doj.ca.gov
*Attorneys for Defendants*
*California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KATHLEEN ANN FOWLER,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, a State Agency; LIEUTENANT GREG BAARTS, in his individual capacity; OFFICER DAN FREDERICK, in his individual capacity; DOES 1-10, inclusive,**<br><br>Defendants. | C 13-1026 TEH<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:    12, 19th Floor<br>Judge:          Hon. Thelton E. Henderson<br>Trial Date:     Not Set<br>Action Filed:  December 26, 2012 |

Pursuant to Local Rules 6-2, 7-12, and 16-2, Plaintiff Kathleen Fowler and Defendants California Highway Patrol, Lieutenant Greg Baarts, and Officer Dan Frederick, by and through their undersigned counsel, stipulate to and respectfully request an order continuing the initial case management conference for 28 days, to **Monday July 1, 2013**, from June 3, 2013.

No prior continuances of this conference have been sought.  Plaintiff and Defendants have recently stipulated to the filing of a First Amended Complaint by June 14, 2013, which this Court approved.  ECF Nos. 6 & 7.  A continuance of the CMC and all related deadlines for 28 days

1

1 | would give the parties additional time to properly develop their ADR, discovery, and proposed

2 | case management plans and should allow sufficient time for Defendants to file their initial

3 | responsive pleadings.  A CMC at that time will be more fruitful.

4 | Dated:  May 22, 2013                                Respectfully submitted,

5 |                                                     KAMALA D. HARRIS
  |                                                     Attorney General of California
6 |                                                     JOHN P. DEVINE
  |                                                     Supervising Deputy Attorney General
7 |

8 |                                                     /s/ *Micah C.E. Osgood*

9 |

10 |                                                    MICAH C. E. OSGOOD
   |                                                    Deputy Attorney General
11 |                                                    *Attorneys for Defendants*

12 |

13 | Dated:  May 22, 2013                                Respectfully submitted,

14 |

15 |                                                     /s/ *With Permission*[1]

16 |

17 |                                                     ANTHON W. FARRINGTON
   |                                                     Law Offices of Anthony W. Farrington
   |                                                     *Attorneys for Plaintiff*

18 |

19 | **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

20 |

21 |

22 |

23 |

24 | Date: 05/23/2013

25 | SF2013403888
   | 40672032.doc

26 |

27 | [1]   Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of Mr.
   |       Farrington to this stipulation and filing, and that I shall maintain written records thereof for
28 |       inspection as required.  /s/ *Micah C.E. Osgood*

2