1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  MICAH C. E. OSGOOD
   Deputy Attorney General
4  State Bar No. 255239
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5593
6    Fax:  (415) 703-5480
     E-mail:  Mike.Osgood@doj.ca.gov
7  *Attorneys for Defendants*
   *California Highway Patrol*

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  | **KATHLEEN ANN FOWLER,** | C 13-1026 TEH |
    |---|---|
    | Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
    | v. | |
    | **CALIFORNIA HIGHWAY PATROL, a State Agency; LIEUTENANT GREG BAARTS, in his individual capacity; OFFICER DAN FREDERICK, in his individual capacity; DOES 1-10, inclusive,** | Courtroom: 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson<br>Trial Date: Not Set<br>Action Filed: December 26, 2012 |
    | Defendants. | |

21

22      Pursuant to Local Rules 6-2, 7-12, and 16-2, Plaintiff Kathleen Fowler and Defendants California Highway Patrol, Lieutenant Greg Baarts, and Officer Dan Frederick, by and through their undersigned counsel, stipulate to and respectfully request an order continuing the initial case management conference for 28 days, to **Monday July 1, 2013**, from June 3, 2013.

      No prior continuances of this conference have been sought.  Plaintiff and Defendants have recently stipulated to the filing of a First Amended Complaint by June 14, 2013, which this Court approved.  ECF Nos. 6 & 7.  A continuance of the CMC and all related deadlines for 28 days

1  would give the parties additional time to properly develop their ADR, discovery, and proposed

2  case management plans and should allow sufficient time for Defendants to file their initial

3  responsive pleadings.  A CMC at that time will be more fruitful.

4  Dated:  May 22, 2013                              Respectfully submitted,

5                                                                     KAMALA D. HARRIS
                                                                       Attorney General of California
6                                                                     JOHN P. DEVINE
                                                                       Supervising Deputy Attorney General
7

8
                                                                       /s/ Micah C.E. Osgood
9
                                                                       MICAH C. E. OSGOOD
10                                                                   Deputy Attorney General
                                                                       *Attorneys for Defendants*
11

12

13  Dated:  May 22, 2013                              Respectfully submitted,

14

15                                                                     /s/ With Permission[1]

16                                                                     ANTHON W. FARRINGTON
                                                                       Law Offices of Anthony W. Farrington
17                                                                   *Attorneys for Plaintiff*

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

20

21

22

23

24  Date: 05/23/2013

25  SF2013403888
     40672032.doc
26

27  [1]  Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of Mr.
         Farrington to this stipulation and filing, and that I shall maintain written records thereof for
         inspection as required.  /s/ Micah C.E. Osgood
28