KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD
Deputy Attorney General
State Bar No. 255239
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5593
  E-mail: Mike.Osgood@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN FOWLER,<br><br>                              Plaintiff,<br><br>     v.<br><br>CAL. HIGHWAY PATROL, et al.,<br><br>                              Defendants. | 13 -cv-1026 TEH<br><br>[~~PROPOSED~~] ORDER<br><br>Dept:         CtRm F – 15th Floor<br>Judge:        Hon. Jacqueline Scott Corley<br>Trial Date:   Not Set |

Pursuant to the request by Defendant California Highway Patrol, the Highway Patrol's representative is excused from attending in-person the Settlement Conference set for November 6, 2013. The individual defendant, Officer Dan Frederick, shall attend in person. The representative shall be available by telephone.

IT IS SO ORDERED.

Dated: October 25, 2013

_____
U.S. Magistrate Judge
Jacqueline Scott Corley

SF2012402505
40799077.doc

1