UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ANN FOWLER,

    Plaintiff,

v.

CALIFORNIA HIGHWAY PATROL, et al.,

    Defendants.

Case No. 13-cv-01026-TEH

**ORDER RE: HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    The parties shall be prepared to address the following questions at the March 31, 2014 hearing on Defendants' motion for summary judgment.

**For Both Parties**

    1.    On what grounds are the audio statements of Officer Frederick and Plaintiff captured on the MVARS admissible under the Federal Rules of Evidence?

    2.    If the Court finds that Officer Frederick lawfully arrested Plaintiff, is Plaintiff barred from seeking reputational harm damages, and damages for humiliation and embarrassment, as a matter of law?

**For Plaintiff**

    3.    If Plaintiff were granted leave to amend her claim for reputational harm damages, what would Plaintiff allege, and what evidence would Plaintiff reasonably expect to obtain that she has not already received?

**For Defendants**

    4.    Do Defendants oppose granting Plaintiff's request for leave to amend her claim to seek reputational harm damages? If so, on what grounds, and how would Defendants be prejudiced?

**IT IS SO ORDERED.**

Dated: 03/27/14

                                              THELTON E. HENDERSON
                                              United States District Judge