KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD
Deputy Attorney General
State Bar No. 255239
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5593
 Fax:  (415) 703-5480
 E-mail:  Mike.Osgood@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KATHLEEN ANN FOWLER,** | C 13-1026 TEH |
| Plaintiff, | **DEFENDANTS' REQUEST FOR APPROVAL TO BRING EQUIPMENT INTO THE COURTROOM** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL et al.,** | Courtroom:   12, 19th Floor |
| Defendants. | Judge:        Hon. Thelton E. Henderson |
| | Trial Date:   May 20, 2014 |
| | Action Filed:  December 26, 2012 |

Defendants request to bring the following electronic equipment into Courtroom 2, 17th

Floor on Friday, May 16 for the trial set to begin May 20, 2014:

- 5 17-in monitors
- 1 8-foot screen
- 1 projector
- 1 8-way DA
- 1 4-way Switch
- 1 2-way DA
- 1 ELMO
- 1 scanner
- 1 printer
- 3 tables/carts
- 2 laptops
- 1 speaker
- cabling

1

1   The contact individual for this equipment will be Michael Lyon, with On the Record, Inc.

2   Dated: May 12, 2014                          Respectfully submitted,

3                                                KAMALA D. HARRIS
                                                 Attorney General of California
4                                                JOHN P. DEVINE
                                                 Supervising Deputy Attorney General
5

6

7                                                /s/ Micah C.E. Osgood

8                                                MICAH C. E. OSGOOD
                                                 Deputy Attorney General
9                                                Attorneys for Defendants

10                               **ORDER**

11      IT IS HEREBY ORDERED that Defendant's counsel, through their representative Michael

12  Lyon, shall be permitted to bring the following equipment and evidence into Courtroom 2, 17th

13  floor on Friday, May 16, for a trial beginning May 20, 2014:

14      • 5 17-in monitors
        • 1 8-foot screen
15      • 1 projector
        • 1 8-way DA
16      • 1 4-way Switch
        • 1 2-way DA
17      • 1 ELMO
        • 1 scanner
18      • 1 printer
        • 3 tables/carts
19      • 2 laptops
        • 1 speaker
20      • cabling

21  IT IS SO ORDERED.

22

23  Dated:  05/14/2014
        _____
24

25
    SF2013403888
26  40965748.doc

27

28
                                    2