UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN ANN FOWLER, | |
|---|---|
| Plaintiff, | Case No. 13-cv-01026-TEH |
| v. | |
| CALIFORNIA HIGHWAY PATROL, et al., | **ORDER DENYING DEFENDANTS' RULE 50 MOTIONS FOR JUDGMENT AS A MATTER OF LAW** |
| Defendants. | |

After the close of Plaintiff's case and after the close of evidence, Defendants moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50. The Court took the motions under submission and submitted the entire case to the jury. On May 28, 2014, the jury returned a verdict in favor of Defendants on all questions. Accordingly, Defendants' motions for judgment as a matter of law are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: 05/29/14

_____
THELTON E. HENDERSON
United States District Judge